RECEIVED
IN LAKE CHARLES, LA

APR 29 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| **JEFFERY C. ENGRUM, JR.** | **CIVIL ACTION NO. 2:08cv0161** |
| **VERSUS** | **JUDGE MINALDI** |
| **WARDEN, DAVID WADE CORR. CTR** | **MAGISTRATE JUDGE KAY** |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

**X**    The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___    The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Lake Charles, Louisiana, this 29 Day of April 2009.

Patricia Minaldi
UNITED STATES DISTRICT JUDGE